# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

UNITED STATES OF AMERICA     §
    §
v.     §     CIVIL ACTION NO. 3:25-CV-0086-S
    §
$16,250.00 IN U.S. CURRENCY     §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court **GRANTS** The United States of America's Motion to Strike Craig Johnson's Claim and to Enter Default [ECF No. 10]. The Court **STRIKES** Craig Johnson's claim to the Defendant currency. The Clerk of Court is **DIRECTED** to enter a default against Defendant *in Rem*.

    **SO ORDERED.**

    SIGNED March 24, 2026.

                                  _____
                                    **UNITED STATES DISTRICT JUDGE**