# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-CV-0086-S-BK |
| | § | |
| $16,250.00 IN U.S. CURRENCY | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The United States of America's Motion for Default Judgment [ECF No. 15] is **GRANTED IN PART**.

**SO ORDERED.**

SIGNED July 27, 2026.

_____
**UNITED STATES DISTRICT JUDGE**